Nellie YANCEY, Administratrix of the Estate of Thomas J. Yancey, Jr., Deceased (plaintiff),

v.

UNITED STATES of America (defendant), Appellant,

v.

I. ALPER CO. (Third-Party Defendant).

Nellie YANCEY, Administratrix of the Estate of Thomas J. Yancey, Jr., Deceased (plaintiff),

v.

UNITED STATES of America (defendant),

v.

I. ALPER CO. (Third-Party Defendant), Appellant.

Nos. 14275, 14276.

United States Court of Appeals Third Circuit.

Argued June 5, 1963.

Decided July 17, 1963.

Rehearing Denied Sept. 11, 1963.

Edward Berlin, Dept. of Justice, Washington, D. C. (John W. Douglas, Acting Asst. Atty. Gen., Drew J. T. O'Keefe, U. S. Atty., Sherman L. Cohn, Attys. Dept. of Justice, Washington, D. C., on the brief), for the United States.

James J. McCabe, Jr., Philadelphia, Pa. (John M. Ross, Duane, Morris & Heckscher, Philadelphia, Pa., on the brief), for I. Alper Co.

Joseph D. Shein, Philadelphia, Pa. (Shein & Berlant, Philadelphia, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and Mc-LAUGHLIN and GANEY, Circuit Judges.

PER CURIAM.

We have examined the record in this case and have weighed carefully the arguments of the parties. We can find no substantial error in the proceedings and consequently the judgment and order appealed from will be affirmed.

In re UNITED STATES of America Praying for Writ of Mandamus.
No. 20389.

United States Court of Appeals Fifth Circuit.

Oct. 1, 1963.

Sherman L. Cohn, Barbara W. Deutsch, Morton Hollander, Attys., Dept. of Justice, Washington, D. C., for petitioner.

William H. Ellis, Birmingham, Ala., for respondent.

Before CAMERON and WISDOM, Circuit Judges, and DE VANE, District Judge.

PER CURIAM.

In light of the decision of this Court handed down in the case of United States of America v. Sylacauga Properties, Inc., 323 F.2d 487, the petition for a Writ of Mandamus filed herein is dismissed.